UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                              )
                                    )
JIM AND TRACY SCARABIN              )    CASE NO.  09-50395-LMK
                                    )       CHAPTER 7
        Debtor.                     )
_____)

## REPORT OF UNCOLLECTED FUNDS

JOHN  E.  VENN,  JR.,  TRUSTEE,  hereby  reports  that  the

following  funds  of  the  above-referenced  debtor  estate  were

uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 4 | Calhoun County Tax Collector 20859 Central Ave, E Room 107 Blountstown, FL 32424 | 14.30 |

Dated: 4/21/11                      /s/ John E. Venn, Jr.
                                    JOHN E. VENN, JR.,
                                    TRUSTEE
                                    FL Bar No. 184992
                                    220 W. Garden St.
                                    Suite 603
                                    Pensacola, FL 32502
                                    (850) 438-0005
                                    Johnevennjrpa@aol.com